**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7461**
_____

CHARLES HAWKINS,

　　　　　　　Petitioner – Appellant,

　　　　v.

WARDEN BRICK TRIPP; US PAROLE BOARD,

　　　　　　　Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.　Louise W. Flanagan, District Judge.　(5:14-hc-02153-FL)

_____

Submitted:　February 10, 2016　　　Decided:　March 24, 2016

_____

Before KING, SHEDD, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Hawkins, Appellant Pro Se. Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Hawkins, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Hawkins v. Tripp, No. 5:14-hc-02153-FL (E.D.N.C. Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED